

**Julie Denning**
**Board President**
julie.denning@madriverschools.org
(937) 241-8395
Term Expires 12-31-2023



**Ruth Newhouse**
**Board Vice President**
ruth.newhouse@madriverschools.org
(937) 258-1816
Term Expires 12-31-2021

Case: 3:21-cv-00256-TMR-PBS Doc #: 1-2 Filed: 09/20/21 Page: 2 of 7 PAGEID #: 30



**Scott Huddle**
Board Member
scott.huddle@madriverschools.org
Term Expires 12-31-2023



**Cristina Pickle**
Board Member
cristina.pickle@madriverschools.org
(937) 572-3900
Term Expires 12-31-2021



**Marilyn Steiner**

Case: 3:21-cv-00256-TMR-PBS Doc #: 1-2 Filed: 09/20/21 Page: 3 of 7 PAGEID #: 31

Board Member

marilyn.steiner@madriverschools.org

(937) 254-6044

Term Expires 12-31-2021

## Board of Education



### Meeting Information

There are twelve regularly scheduled meetings each year, normally held the fourth Monday of the month at 6:30 P.M. in the board room of the Administrative Offices. Meeting days and times may be rescheduled to accommodate Board Member schedules and holidays so check the Board calendar for actual meeting dates and time.

Meetings of the Board are conducted in public, except for executive sessions during which Board members may discuss only certain types of business as defined by the Ohio law. Examples of executive session matters are personnel issues, union contract negotiations, sale or purchase of property, and legal matters. Ohio law requires that all school board voting must be done in public, therefore executive sessions are for discussion purposes only and no action is taken during executive sessions.

### Board Agenda

Copies of the board's agenda are available at the Administrative Offices. The agendas also are located near the entrance to the board meeting and contain the following:

- Information about last month's meeting
- Monthly school reports
- Items for action
- Approved board minutes also are available online

## Citizen Input at Meetings

The Mad River Board of Education welcomes public participation at its board meetings during the Public Comment portion of the agenda. The intent of allowing citizens to speak at Board meetings is to provide Board members with information that will assist them in making better decisions. Following the end of the board meeting, the President may ask for public comment. This is the time for the public to provide opinions or information about an item. The following rules must be followed by anyone addressing the Board:

- The speaker must state their name, address, and organization if representing one
- A maximum of three (3) minutes will be allowed each speaker; (15) minutes per group
- No person may speak more than once on the same issue
- Speakers must refrain from personal remarks which might be construed as slanderous, defamation of character or the invasion of personal rights
- The Board may ask questions of the speaker

## The Role of the School Board

The main roles of the Board of Education are to set policy for the School District and to hire a Superintendent and Treasurer to administer those policies. They are the official policy-making body of the school district. As elected officials, Board Members strive to develop policies that will provide the best scope, depth, and quality of education possible for every student in the Mad River School District.

The Mad River Board of Education consists of five citizens elected to serve four-year terms. The public nominates Board of Education candidates by petition. They are elected at the November general election in odd-numbered years. The Board meets during the first 15 days of January and elects a president and vice president to serve for the coming year. Each Board member represents all the citizens in the Mad River School District while keeping their focus on what is best for the students of the district.

## Board Responsibilities:

- defining the philosophy of the district
- setting goals and objectives to achieve desired educational progress
- employing professional administrators and educators to meet those goals
- establishing policies for the operation of the school district
- establishing the effectiveness of district programs and services
- approving a budget consistent with educational needs and community resources

- communicating the needs and progress of the district to the community, educational governing boards, and legislators

## Superintendent's Role

The Superintendent of Schools is employed by the Board to serve as the Chief Executive Officer of the School District, to carry out Board policies, and to administer the schools on a day-to-day basis. He/she is not a member of the board. The Superintendent is responsible to the Board while all other employees of the district, either directly or indirectly, are responsible to the Superintendent. The exception is the Treasurer and his staff.

## Treasurer's Role

The Treasurer is employed by the Board to serve as the Chief Financial Officer for the District and to administer, in cooperation with the Superintendent, the business operations, financial, legal, and contractual business of the school district. He/she is not a member of the Board. The Treasurer reports directly to the Board of Education.

| | |
|---|---|
| Book | Policy Manual |
| Section | 0000 Bylaws |
| Title | PURPOSE AND DUTIES OF THE BOARD OF EDUCATION |
| Code | po0118 |
| Status | Active |
| Adopted | July 8, 2010 |

## 0118- **PURPOSE AND DUTIES OF THE BOARD OF EDUCATION**

The purpose of the Board of Education is to provide the youth of the Mad River Local School District an education of the highest quality. The Board is primarily a legislative body for the government of the School District. Its role is that of a policy maker, while the actual day-to-day administration is the responsibility of the Superintendent and the staff.

In performing its legislative functions, the Board interprets needs, adopts policies, provides for personnel to carry out policies, approves activities, techniques, and the ways and means of providing financing for the adopted policies.

The Board of the Mad River Local Schools, recognizing the legal definition of its duties, considers its major responsibilities to be:

A. to establish educational goals for the schools;

B. to initiate and act upon matters of policy;

C. to select and appoint a Superintendent of Schools and Treasurer of the Board;

D. to consider and act upon the recommendations of the Superintendent of Schools in matters of policy, expenditure of funds, appointment or dismissal of employees, salary schedules or other personnel regulations, courses of study, selection of textbooks, construction and repair of buildings, and other matters pertaining to the welfare of the schools not specifically delegated as administrative responsibility by the Board of Education;

E. to provide for the preparation of and adoption of annual appropriation and budget;

F. to provide, by the exercise of its taxing power, the funds necessary to finance the operation of the schools;

G. to adopt administrative regulations and procedures for the operation of the schools under its control;

H. to appraise the effectiveness with which the schools are achieving the educational goals of the Board of Education;

I. to solicit and weigh public opinion as it affects the schools, and to inform the public concerning the progress and needs of the schools;

J. any other duties that may befall the Board of Education.

Last Modified by Robin Dosser on March 15, 2017