Home   My Network   Jobs

 **Cristina Pickle**
Community Education Partner Outreach Manager

More    🔒 Message    Connect



# Cristina Pickle

Community Education Partner Outreach Manager

Dayton, Ohio, United States · Contact info

54 connections

 Community Blood Center

 Bowling Green State University

Connect    🔒 Message    More

## About

Excellent in extensive public speaking and public interaction. Ability to work within a team setting and is goal oriented.

## Activity

54 followers

Posts Cristina created, shared, or commented on in the last 90 days are displayed here.

See all activity

## Experience

 

Home  My Network  Jobs

**Cristina Pickle**
Community Education Partner Outreach Manager

More  🔒 Message  Connect

**Community Education Partner Outreach Manager**
Jan 2007 – Present · 14 yrs 9 mos
Dayton, Ohio Area

*Manage all blood educational programs for Donor Relations throughout CBC's service area.
*Serves as the primary presenter and resource facilitator for area schools, community organizations, and other public institutions seeking a public speaker.
*Develops curriculum for education booklets
*works with venders to design and publish education booklets
see less

**School Board Member**
MAD RIVER LOCAL SCHOOL DISTRICT
Jan 1992 – Present · 29 yrs 9 mos
Dayton, Ohio Area

## Education



**Bowling Green State University**
Bachelor of Science - BS, Secondary Education and Teaching

## Licenses & certifications

**Teaching License-5 yr License**
State of Ohio Department of Education
Issued Jul 1984 · No Expiration Date

## Skills & endorsements

**Public Speaking** · 2

 Endorsed by **2 of Cristina's colleagues at Community Blood Center**

 

Home    My Network    Jobs


**Cristina Pickle**
Community Education Partner Outreach Manager

More    🔒 Message    Connect

Leadership · 2

Donna L. Teuscher and 1 connection have given endorsements for this skill

Show more ⌄

## Interests

 **Bowling Green State Univ**
133,410 followers

 **Ohio School Boards Asso**
467 followers

 **Dayton Business Journal**
8,743 followers

**MAD RIVER LOCAL SCHO**
59 followers

 **University of Dayton**
98,371 followers

 **Vandalia-Butler City Scho**
399 followers

See all



## People also viewed

Diane Wilson • 3rd+
COO at Community Tissue Services

 

Home    My Network    Jobs

 **Cristina Pickle**
Community Education Partner Outreach Manager

More     Message    Connect

Connect

**ian haaf** • 3rd+
Student at Stebbins

Connect

 **Kenny Friend** • 3rd+
"You can never learn enough in life"

Connect

**Melissa Stammen** • 3rd+
Human Resources Assistant at MAD RIVER LOCAL SCHOOL DISTRICT

Connect

Show more ⌄

## People you may know

 **Lisa Schindler, CDP**
Marketing Director at Bella Care Hospice

Connect

 **Jennifer Dibert**
Healthcare Center Administrator at Friendship Village

Connect

 **Lisa Wiehe, MA, LPCC-S**
Director of Social Services at The Bair Foundation

Connect

**Molly Schotte**
Director of Social Services

Connect

 **Stephanie Nibert**

 

Home    My Network    Jobs

 Cristina Pickle
Community Education Partner Outreach Manager

More    🔒 Message    Connect

### LEARNING

Add new skills with these courses

 Consulting Foundations: Client Management and Relationships

54,448 viewers

 Navigating New Professional and Social Norms When Offices Reopen

3,264 viewers

 Having Difficult Conversations

378,671 viewers

Show more on LinkedIn Learning

 

Home   My Network   Jobs

**Cristina Pickle**
Community Education Partner Outreach Manager

More   🔒 Message   Connect