# **{EXTERNAL}** COVID Update for PK-6 Families

Ex. E

Mad River School District <madriveralerts@madriverschools.org>

Wed 9/1/2021 6:03 PM

To:Mad River Local Schools Recipients <recipients@madriverschools.parentlink.net>;

## CAUTION: The e-mail below is from an external source. Please do not open attachments or click links from an unknown or suspicious origin. Please forward suspicious emails to phishing@dvcr.com.

Parents,

As we prepare for the 2021-22 school year, we have had the opportunity to watch other school districts around the region and how effective their back-to-school plans were in regards to COVID. The majority of districts began the year with masks being highly recommended but not required. As of today, almost every district has shifted their plan to requiring masks in (at least) grades PK-6 due to the significant amount of student and staff quarantines they are experiencing. These quarantines have led to hundreds of students and staff being sent home and not being able to return to school for 10 days. It has led to three districts either going remote for a couple of weeks or already using multiple calamity days because of the number of students and staff out due to quarantines. Not only does this have a negative impact on students, but it also puts a burden on families who have to take time off work or arrange for childcare for their younger students.

Ultimately, we want our students in school, all day, every day, and five days a week. The only way we can ensure this is to require masks for all students in PK-6, where the majority of students are not eligible for the COVID-19 vaccine. Masking unvaccinated students allows us not to have to quarantine students who are in close contact with a COVID-positive person. If they were not masked, they would have to be quarantined for 10 days.

Beginning September 7, 2021, all students, staff, and visitors in PK-6 will be required to wear masks in all indoor spaces while in their school building. PK-6 students will not be required to wear masks outdoors during recess or for outdoor class activities. Masking will allow us to keep our students in school and significantly reduce the number of students that would have to be quarantined. Students who have a medical condition that would prevent them from wearing a mask must provide a note from their doctor to their building principal. As a reminder, masks continue to be required for all K-12 students on our buses; this is a federal mandate.

To give you perspective, Huber Heights has 337 students who have been quarantined since school began. Bellbrook has quarantined 241 students. Lebanon City Schools has had over 900 students quarantined. These numbers do not include staff quarantines.

As a district, we will monitor our data and regional data throughout the school year, and once we get to a point where we can lift the mask requirement for staff, students, and visitors PK-6, we will.

We appreciate your understanding and flexibility as we begin the 2021-22 school year. Attached you will find the district quarantine flowchart which is directly aligned with the quarantine process established by the Ohio Department of Health.

Attachments:

📎 [messages/attachments/ce325d53081477294f59d8090097fde6/MRLS_COVID_Flowcart_2021-22.pdf [storage.googleapis.com]](#)
(550.7 KB)

---

You are receiving this email because of your relationship with Mad River Local Schools. If you wish to stop receiving email updates sent through the Blackboard service, please unsubscribe [madriverschools.parentlink.net]
Mad River Local Schools | 201 Old Harshman Rd., Riverside, OH 45431 | 937-259-6605