| Book | Policy Manual |
|---|---|
| Section | 0000 Bylaws |
| Title | PURPOSE AND DUTIES OF THE BOARD OF EDUCATION |
| Code | po0118 |
| Status | Active |
| Adopted | July 8, 2010 |

## 0118- PURPOSE AND DUTIES OF THE BOARD OF EDUCATION

The purpose of the Board of Education is to provide the youth of the Mad River Local School District an education of the highest quality. The Board is primarily a legislative body for the government of the School District. Its role is that of a policy maker, while the actual day-to-day administration is the responsibility of the Superintendent and the staff.

In performing its legislative functions, the Board interprets needs, adopts policies, provides for personnel to carry out policies, approves activities, techniques, and the ways and means of providing financing for the adopted policies.

The Board of the Mad River Local Schools, recognizing the legal definition of its duties, considers its major responsibilities to be:

A. to establish educational goals for the schools;

B. to initiate and act upon matters of policy;

C. to select and appoint a Superintendent of Schools and Treasurer of the Board;

D. to consider and act upon the recommendations of the Superintendent of Schools in matters of policy, expenditure of funds, appointment or dismissal of employees, salary schedules or other personnel regulations, courses of study, selection of textbooks, construction and repair of buildings, and other matters pertaining to the welfare of the schools not specifically delegated as administrative responsibility by the Board of Education;

E. to provide for the preparation of and adoption of annual appropriation and budget;

F. to provide, by the exercise of its taxing power, the funds necessary to finance the operation of the schools;

G. to adopt administrative regulations and procedures for the operation of the schools under its control;

H. to appraise the effectiveness with which the schools are achieving the educational goals of the Board of Education;

I. to solicit and weigh public opinion as it affects the schools, and to inform the public concerning the progress and needs of the schools;

J. any other duties that may befall the Board of Education.

Last Modified by Robin Dosser on March 15, 2017



ARP ESSER Local Recovery Plan 2021-2023: Mad River Local Schools: 9/1/21 Update

Mad River Local Schools will be in full session, 5 days a week, beginning September 7, 2021, which is the first day for the 2021-22 school year. The following are required elements of our local recovery plan that will be implemented to provide a safe and healthy learning environment for the students attending Mad River.

Required elements and mitigation strategies:

Universal and correct wearing of masks;

- o  In alignment with Ohio's most recent health orders, beginning June 2, Individual school districts will decide whether or not to continue masking and social distancing in school settings. *Mad River Local Schools <u>will require</u> masks be worn by staff, students, and visitors in all indoor spaces within their school building, grades <u>PK-6</u>. Masks will not be required when PK-6 staff, students, or visitors are outdoors. Masking <u>is highly recommended for unvaccinated individuals</u> in grades <u>7-12</u> and masks will be made available to those who choose to continue to wear masks. Proper mask wearing will be modeled by school employees.*

- o  *Masks must be worn <u>on the bus by all staff and students grades K-12</u> (Federal Mandate).*

Physical distancing (e.g., including use of cohorts/podding);

- o  In alignment with Ohio's most recent health orders, beginning June 2, Individual school districts will decide whether or not to continue masking and social distancing in school settings. *Mad River Local Schools will keep intentional distance between and among students during school hours to a minimum of 3 feet to the fullest extent possible.*

Handwashing and respiratory etiquette;

- o  School employees will continue to model safe and healthy handwashing, physical distancing, and cough and sneeze etiquette for students. This includes:
  - o  Modeling handwashing for at least 20 seconds using soap and water, rinsing hands well and drying hands
  - o  Making available alcohol-based (60%) hand sanitizer in building entryways, hallways, cafeterias, classrooms and on busses

- o Physical distancing at 3 feet to the fullest extent possible
- o Modeling covering your mouth and nose with a tissue when you cough or sneeze. Throw used tissues in the trash.

**Daily General Protocols;**

- o Schools will continue to supply had sanitizer stations around the buildings.
- o Students will be asked to wash and sanitize their hands throughout the day.
- o Staff will also encourage students to follow sneezing and coughing protocols.
- o Staff will continue to follow the extended cleaning protocols that we used last year.
- o Students should bring their own water bottles and use fill stations. Water fountains will be unavailable to drink out of.
- o Students will have assigned seating on buses, lunchroom, and in the classrooms.

**Daily Health Checks;**

- o Notify the building nurse of any changes in your student(s) health or family member's health.
- o Anyone with a temperature of 100.4 degrees should stay home.
- o Students should not report to school if they are experiences one or more of the following symptoms:
  - o Fever or chills
  - o Cough
  - o Shortness of breath or difficulty breathing
  - o Fatigue
  - o Muscle or body aches
  - o Headache
  - o Loss of taste or smell
  - o Sore throat
  - o Congestion or runny nose
  - o Nausea or vomiting
  - o Diarrhea
- o ***Symptoms may appear 2-14 days after exposure to the virus. We strongly encourage testing your student or family if symptoms occur.***

**Students Returning after Illness;**

- o If a student has been diagnosed as having COVID-19, they must meet the following requirements to return to school:
  - o 24 hours with no fever without using fever reducing medication AND
  - o Other symptoms are improved or gone
  - o 10 days have gone by since symptoms first appeared.

- o Students that only have fever and no other symptoms and have not been in contact with other students may return after being fever free for 24 hours without fever reducing medication.
- o Any other illness should follow normal protocols.

**Cleaning and maintaining healthy facilities, including improving ventilation;**

- o Continue to utilize highly engineered sanitizing processes that will include, but are not limited to, high touch surface areas and frequently traveled areas
- o Continue to evaluate building operations, including, but not limited to, flow of traffic in the building, use of classrooms/cafeterias/restrooms/etc., operational times, visitor procedures, etc.
- o Maintain a frequent schedule of air filter changes for the HVAC systems located in each building

**Contact tracing in combination with isolation and quarantine, in collaboration with the state, local, territorial or tribal health departments;**

- o Beginning June 2, 2021, and in accordance with CDC guidance, vaccinated staff and children do not have to quarantine or be tested if they are exposed to COVID-19. Unvaccinated staff and children who are exposed to COVID-19 should quarantine if the exposure took place outside of a classroom setting where masks were required to be worn. Unvaccinated children should also isolate if they test positive for the coronavirus. Local health departments should determine if quarantine or isolation should occur.

**Visitors;**

- o There are different levels of school visitors, and each school will make decisions for each situation.
  - o Visitors are generally discouraged from being in school district facilities except for extra-curricular events or activities.
  - o No visitors will be allowed during lunch.
  - o In-person meetings must be prearranged by invitation or appointment only.

**Diagnostic and screening testing;**

- o The district does not engage in diagnostic and screening testing. All testing occurs with local health providers including, but not limited to, primary care physicians, urgent care, local pharmacies, local hospitals, and pop-up COVID testing sites.

Efforts to provide vaccinations to educators, other staff and students, if eligible;

- o Staff vaccinations clinics were held in the school district on the following dates: 2/6/2021 and 2/27/2021. Additional vaccination clinic information was made available to staff who were not able to take the vaccine at the district clinic.
- o Student vaccination clinics were held in the school district for student's age 16+ on the following dates: 4/28/2021 and 5/19/2021. Additional vaccination clinic information for students 12+ has been made available to families in the district.
- o The district will continue to work with Montgomery County Public Health during the 2021-22 school year to promote available vaccination sites for eligible staff and students.

**Appropriate accommodations for children with disabilities with respect to the health and safety policies;**

- o Accommodations for students with disabilities with respect to health and safety are outlined in each student's individual education plan (IEP).

**Each LEA plan describes how it will ensure continuity of services including but not limited to services to address the students' academic needs, and students' and staff social, emotional, mental health and other needs, which may include student health and food services.**

- o The LEA's state required Learning Recovery Plan which addresses academic and social/emotional needs is located on the following district webpage: Mad River Local Schools Learning Recovery and Extended Learning Plan.pdf (madriverschools.org)

**Mad River Local Schools will periodically review our ARP ESSER Local Plan no less frequently than every six months for the duration of the ARP ESSER grant period (i.e., through September 30, 2023), and revises its plan as appropriate.**

***The district will also continue to monitor updates from Public Health and the Center for Disease Control for future guidance and possible changes to the above statements**

For Staff Only:

Teacher and Staff Protocols;

- Let administrations know if you are not feeling well or have any symptoms
- Maintain social distancing in your classrooms or other areas (3 ft.) to the best of your ability.
- Reinforce good hygiene practices with your students.

- Disinfect classrooms and areas using the same protocols used last year.
- Assign seats to assist with contact tracing.
- Do not let your students share supplies.
- When possible, clean items between uses.
- When possible, face desk in the same direction.
- When teaching:
  - Keep a seating chart
  - Small groups, intervention, carpet time, reading groups, etc. may happen. Document the groups/seating charts.
  - The district still needs to contact trace, keep this in mind during transitions.
  - 3 ft. or 15 minutes is considered close contact.

MRLS COVID-19 Quarantine Flowchart

Student/Staff exposed to a person who is COVID positive



| Unvaccinated/Unmasked Student/Staff: | Vaccinated/Masked Student/Staff: | Vaccinated/Unvaccinated or Masked/Unmasked Student/Staff: |
|---|---|---|
| Exposed within 3ft for more than 15 minutes must quarantine for 10 days, or less than 10 days with a negative test performed 5 days after exposure. Student may not continue in-person class or participate in extra-curricular activities until the quarantine is over or shows a negative test result.<br><br>*Individual phone calls made to parents about exposure and quarantine* | Exposed within 3ft for more than 15 minutes will not have to quarantine. Student/Staff member will need to self-monitor for symptoms for 14 days following exposure; unless symptoms develop, student can continue in-person class and participate in extra-curriculars.<br><br>*Exposure notification letter sent home with individual students.* | Exposed outside of 3ft, regardless for the amount of time, student/staff member will not have to quarantine.<br><br>*Building notification letter posted to district website COVID-19 page* |

Exposure Risk Levels



| High Risk (Most likely to result in quarantine for unvaccinated/unmasked students if exposed): | Low Risk (Least likely to result in quarantine for unvaccinated/unmasked students if exposed): |
|---|---|
| • Lunch (seating charts required)<br>• Extra-curricular activities<br>• Indoor recess<br>• Bus (seating charts required)<br>• School dances<br>• Students carpooling | • Classroom (seating charts required)<br>• Hallway transitions<br>• Outdoor classes/activities<br>• Outdoor recess |

* Students who test positive for COVID-19 will have to continue to isolate 10 days after the exposure and report the exposure to the school. The school reports all known positive cases to PH-Dayton and Montgomery County. Unvaccinated students who are exposed to COVID in their home will be required to quarantine for 10 days or, less than 10 days with a negative test performed 5 days after exposure.