| | |
|---|---|
| Book | Policy Manual |
| Section | 2000 Program |
| Title | STATEMENT OF PHILOSOPHY |
| Code | po2110 |
| Status | Active |
| Adopted | July 8, 2010 |

## 2110 - STATEMENT OF PHILOSOPHY

It is the purpose of the Mad River Local Board of Education to provide the youth of the School District an education of the highest possible quality within the resources available.

To these ends, the schools shall strive to develop in children the knowledge, skills, habits, understandings, attitudes, and character traits essential for rich personal living, for sound choice of and effective participation in a vocation, for good and satisfying human relationships, and for responsible, contributing citizenship. Important among the outcomes to be achieved are staunch moral character and appreciation of spiritual values, love of home and country, respect for constituted authority, concern and thoughtful consideration of the welfare and rights of others, willingness to act in the interest of the general welfare, disciplined approach to the varied responsibilities of life, and the desire to improve in those competencies essential to effective personal and social living.

The curriculum and program of studies shall be in keeping with the expressed philosophy and purpose of the Mad River School District. The Superintendent shall, with the advice and consent of the Board of Education, prepare statements of specific objectives determining the curriculum and instructional practices of the schools and for evaluating their effectiveness.

Last Modified by Robin Dosser on March 15, 2017